# EXHIBIT A

## VIVIANA SALAZAR

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Falling Into You | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | So Good | The Writing's on the Wall | 268-936 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | Musiq | Babygirl | Juslisen | 308-859 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |