UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

VIVIANA SALAZAR,

Defendant.

Case No.: CA 05- 477 ML

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Viviana Salazar, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Viviana Salazar has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Viviana Salazar hereby is entered.

DATED: 1/31/2006

By: [signature]
Deputy Clerk