UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VIVIANA SALAZAR,<br><br>Defendant. | Case No.: CA 05- 477 ML |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on January 31, 2006, the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

By: ____________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112
Attorney for ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 1st day of February, 2006 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Ms. Viviana Salazar 2432 Pawtucket Ave., Apt. 1 East Providence, RI 02914-2916.

James E. O'Neil, Esq.