UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arista Records, LLC., et al

v. CA 04-477ML

Viviana Salazar

ORDER

The above-captioned case was filed on November 17, 2005 and default was entered on January 31, 2006. The matter has been pending since without any further action and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
March 27, 2006

Entered as an Order of this Court on March 27, 2006

Barbara Barletta

Deputy Clerk